No. 26-5728

---

UNITED STATES COURT OF APPEAL
FOR THE
SIXTH CIRCUIT

---

JOHNNY M. HUNT,

*Plaintiff-Appellant,*

-v.-

SOUTHERN BAPTIST CONVENTION, INC.; GUIDEPOST SOLUTIONS LLC; EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION; ROY BLAKENSHIP; JANE DOE,

*Defendants-Appellees.*

---

ON APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE IN NO. 3:23-CV-00243, HONORABLE WILLIAM LYNN CAMPBELL, JUNIOR, U.S. DISTRICT JUDGE

---

# SOUTHERN BAPTIST CONVENTION, INC., GUIDEPOST LLC AND EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S UNOPPOSED MOTION FOR AN EXTENSION OF THE EXISTING BRIEFING SCHEDULE

---

Appellees Southern Baptist Convention, Inc., Guidepost Solutions LLC, and Executive Committee of the Southern Baptist Convention (collectively "Appellees"), pursuant to Fed. R. App. P. 26(b) and Sixth Circuit Rule 26(a)(1), respectfully move the Court for an extension of the existing briefing schedule. The current briefing schedule sets the filing dates for Appellant's brief on November 2, 2026, Appellees' briefs on December 17, 2026, and Appellant's reply brief on January 11, 2027. Appellant filed and served his brief on November 2, 2026. Appellees seek a 30-day extension, up to and including January 16, 2027, to file and serve Appellees' respective briefs, and a commensurate 30-day extension, up to and including March 8, 2027, for Appellant to file and serve his reply brief.

Appellees respectfully seek additional time to file and serve their briefs due to conflicts presented by undersigned counsel for Appellees' present deposition and travel schedule including, but not limited to, counsel for Appellee Guidepost Solution, LLC's multiple expert depositions throughout the month of December, as well as court-ordered depositions with a December 21, 2026 court-imposed deadline for completing those depositions. Further, main counsel for Guidepost will be out of the country for approximately ten days in late November. Additionally, the current briefing schedule includes intervening holidays, specifically Thanksgiving and Hanukkah.

Appellees have conferred with Appellant, and Appellees are authorized to represent that Appellant does not oppose Appellees' proposed extension of the existing briefing schedule. For the foregoing reason, Appellees submit that good cause is shown warranting an extension of the existing briefing schedule. Appellees respectfully request that Appellees' filing deadline for their respective briefs be extended 30 days, to **January 16, 2027**, and Appellant's filing deadline for his reply brief be extended 30 days to **March 8, 2027**.

Respectfully submitted,

*s/John R. Jacobson*

John R. Jacobson (BPR #14365)
Katharine R. Klein (BPR #19336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Tel: 615.320.3700
Fax: 615.320.3737
jjacobson@rjfirm.com
kklein@rjfirm.com

*Attorneys for Appellee Guidepost Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuity by using the appellate CM/ECF system on November 13, 2026. I certify that service will be accomplished by the appellate CH/ECF system upon participants in this case registered in the CM/ECF system and that a copy has also been sent to the following via U.S. Mail and electronic mail:

Todd G. Cole
Andrew Goldstein
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill
Patrick J. Sanders
Elizabeth Merritt
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com
elizabeth.merritt@macgilllaw.com

*Counsel for Plaintiff*

Scarlett Singleton Nokes
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW Suite 100
Washington, DC 20006
snokes@sheppardmullin.com

Thomas J. Hurney, Jr.
Gretchen M. Callas
Jonathan L. Anderson
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
thurney@jacksonkelly.com
gcallas@jacksonkelly.com
jlanderson@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Matthew C. Pietsch
Gordon Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
mpietsch@grsm.com

*Counsel for the Southern Baptist Convention*

s/John R. Jacobson